UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE WESTERN INDEPENDENT SHOPS PENSION TRUST,<br><br>            Plaintiff,<br>      vs.<br><br>WESTERN METAL DECORATING CO. COIL DIVISION; WESTERN METAL DECORATING CO. CUCAMONGA DIVISION,<br><br>            Defendants. | Case No. CV10-02003 EDL<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENTCONFERENCE; ORDER <u>AS MODIFIED</u>**<br><br>Action Filed:   May 10, 2010 |

Plaintiff Board of Trustees of the Western Independent Shops Pension Trust ("Plaintiff") and Defendants Western Metal Decorating Co. Coil Division and Western Metal Decorating Co. Cucamonga Division ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed a Request for Entry of Default on July 28, 2010;

WHEREAS, Defendants filed a Motion to Set Aside Default on August 2, 2010, which was noticed to be heard on September 21, 2010;

WHEREAS, the Clerk entered default on August 2, 2010;

WHEREAS, the Court's Case Management Order sets forth a number of scheduling and case management deadlines, as follows: (1) parties to conduct Rule 26(f) conference and exchange

Initial Disclosures on August 10, 2010; (2) Joint CMC Statement due August 17, 2010; and (3) Case Management Conference held on August 24, 2010;

WHEREAS, the Parties have agreed to engage in good faith settlement negotiations to attempt early resolution of this action.

IT IS HEREBY STIPULATED AS FOLLOWS:

In light of the Parties' settlement negotiations and the upcoming hearing date for Defendants' Motion to Set Aside Default scheduled for September 21, 2010, the Parties believe it is in the interest of judicial economy and in the Parties' best interests to conserve their resources and focus their efforts on settlement efforts as opposed to litigating this matter, and therefore requests that all upcoming case management deadlines (including the CMC scheduled for August 24, 2010) be VACATED and the CMC continued until the hearing on Defendants' Motion to Set Aside Default. Because of unavailability of Plaintiff's counsel on the previously noticed hearing date of September 21, 2010, the Parties jointly request that both the CMC and Defendants' Motion to Set Aside Default be continued and heard on September 28, 2010, at which point the Court can make further scheduling orders as necessary.

SO STIPULATED.

Dated:  August 6, 2010          CARLTON DiSANTE & FREUDENBERGER LLP


By:  /S/ Alison L. Tsao
          Alison L. Tsao
Attorneys for Defendants
WESTERN METAL DECORATING CO. COIL DIVISION
and WESTERN METAL DECORATING CO.
CUCAMONGA DIVISION


Dated:  August 6, 2010          TRUCKER HUSS LLP


By:  /S/ Robert Schwartz
          Robert Schwartz
Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE WESTERN
INDEPENDENT SHOPS PENSION TRUST

389954.1

| | |
|---|---|
| 1 | ORDER |
| 2 | For good cause, the Court vacates all case management deadlines/obligations of the Parties |
| 3 | and continues the Case Management Conference to September 28, 2010, and continues the hearing |
| 4 | on Defendants' Motion to Set Aside Default to the same date, such that both matters will be |
| 5 | addressed on October 5, 2010.  The current briefing schedule on the Motion to Set Aside Default |
| 6 | shall remain in place, with the Opposition due on August 31 and the Reply due on September 7.  A |
| 7 | Joint Case Management Conference Statement shall be filed no later than September 28, 2010. |
| 8 | |
| 9 | IT IS SO ORDERED. |
| 10 | |
| 11 | Date: __Aug. 9, 2010_____      _____Elizabeth D. Laporte_____ |
| 12 | United States ~~District Judge~~  Magistrate Judge |
| 13 | Judge Elizabeth D. Laporte |

2

Case No.  CV10-02003 EDL
Stipulation to Continue CMC

389954.1