Case3:10-cv-02003-EDL Document29 Filed08/25/10 Page1 of 3

Robert F. Schwartz, SBN 227327
rschwartz@truckerhuss.com
Michelle L. Schuller, SBN 255787
mschuller@truckerhuss.com
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017
E-mail:

Attorneys for Plaintiff,
Board of Trustees of the Western
Independent Shops Pension Trust

Trucker ✦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE WESTERN INDEPENDENT SHOPS PENSION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN METAL DECORATING CO. COIL DIVISION; WESTERN METAL DECORATING CO. CUCAMONGA DIVISION,<br><br>Defendants. | Case No. C 10-02003 EDL<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO SET ASIDE DEFAULT AND TO CONTINUE HEARING AND CASE MANAGEMENT DEADLINES AS MODIFIED** |

Plaintiff BOARD OF TRUSTEES OF THE WESTERN INDEPENDENT SHOPS PENSION TRUST and Defendant WESTERN METAL DECORATING CO. COIL DIVISION and Defendant WESTERN METAL DECORATING CO. CUCAMONGA DIVISION (collectively, "Defendants") stipulate, by and through their respective counsel, to continue the dates by which (1) Plaintiff is required to file its opposition brief to Defendants' Motion to Set Aside Default, which is currently due on or before August 31, 2010; (2) Defendants are required to file their reply brief to Plaintiff's opposition, which is currently due on or before September 7, 2010; (3) the parties must file a Joint Case Management Conference Statement, which is currently due on or before by September 28, 2010; and (4) the parties must attend a hearing on Defendants'

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO SET ASIDE DEFAULT AND TO CONTINUE HEARING AND CASE MANAGEMENT DEADLINES; Case No. C 10-02003 EDL 1
#1102883

Motion to Set Aside Default and the case management conference, which are both currently scheduled for October 5, 2010. All of the current deadlines for these case management dates were set by the Court's August 9, 2010 Order (Docket #18).

The parties agree and respectfully request that each of the above referenced deadlines be continued for twenty-eight (28) days to allow the parties to continue to engage in good faith settlement negotiations to achieve early resolution of this action.

Therefore, in the interests of efficiency, cost effectiveness and judicial economy, the parties agree that, if a settlement cannot be reached, each of the above referenced actions shall be rescheduled to the following dates: (1) the Plaintiff shall file its opposition brief to Defendants' Motion to Set Aside Default no later than September 28, 2010; (2) the Defendant shall file a reply brief to Plaintiff's opposition no later than October 7, 2010; (3) parties to file a Joint Case Management Conference Statement by OCTOBER 26, 2010 ~~November 2, 2010~~; and (4) the hearing on Defendants' Motion to Set Aside Default and the case management conference shall be scheduled for NOVEMBER 2, 2010 ~~November 9, 2010~~. The hearing and case management conference scheduled for October 5, 2010 shall be taken off the calendar, provided the Court approves this stipulation.

The parties have previously stipulated to extend the case management deadlines in this case. This request was granted by Court order on August 9, 2010 (Docket #18).

The parties' current request for a continuance will not alter any other dates or deadlines set by Court order.

DATED: August 24, 2010

TRUCKER ✦ HUSS

By: /s/Robert F. Schwartz
Robert F. Schwartz
Attorneys for Plaintiff
BOARD OF TRUSTEES OF THE WESTERN INDEPENDENT SHOPS PENSION TRUST

Trucker ✦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104

Case3:10-cv-02003-EDL Document29 Filed08/25/10 Page3 of 3

DATED: August 24, 2010

Carlton DiSante & Freudenberger LLP

By: /s/ Alison L. Tsao
Alison L. Tsao
Attorneys for Defendants
WESTERN METAL DECORATING CO. COIL DIVISION and WESTERN METAL DECORATING CO. CUCAMONGA DIVISION

I attest that I have obtained Ms. Tsao's concurrence in the filing of this document.

Dated: August 24, 2010

/s/Robert F. Schwartz
Robert F. Schwartz

PURSUANT TO STIPULATION, IT IS SO ORDERED. AS MODIFIED

DATED: August 25, 2010, 2010

Elizabeth D. Laporte
Honorable Elizabeth Laporte, Magistrate Judge
United States District Court, District of Northern California

Trucker ✦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO SET ASIDE DEFAULT AND TO CONTINUE HEARING AND CASE MANAGEMENT DEADLINES; Case No. C 10-02003 EDL 3
#1102883