CARLTON DiSANTE & FREUDENBERGER LLP
   Harley L. Bjelland, State Bar No. 97428
   Alison L. Tsao, State Bar No. 198250
   Kent J. Sprinkle, State Bar No. 226971
601 Montgomery Street
Suite 350
San Francisco, California 94111
Telephone:  (415) 981-3233
Facsimile:  (415) 981-3246
E-Mail:  hbjelland@cdflaborlaw.com
       atsao@cdflaborlaw.com
       ksprinkle@cdflaborlaw.com

Attorneys for Defendants
WESTERN METAL DECORATING CO. COIL DIVISION
and WESTERN METAL DECORATING CO.
CUCAMONGA DIVISION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE WESTERN INDEPENDENT SHOPS PENSION TRUST,<br><br>        Plaintiff,<br><br>  vs.<br><br>WESTERN METAL DECORATING CO. COIL DIVISION; WESTERN METAL DECORATING CO. CUCAMONGA DIVISION,<br><br>        Defendants. | Case No. CV10-02003 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO SET ASIDE DEFAULT AND TO CONTINUE HEARING AND CASE MANAGEMENT DEADLINES**<br><br>Action Filed:  May 10, 2010 |

     Plaintiff Board of Trustees of the Western Independent Shops Pension Trust ("Plaintiff")

and Defendants Western Metal Decorating Co. Coil Division and Western Metal Decorating Co.

Cucamonga Division ("Defendants") (collectively, the "Parties"), by and through their respective

counsel of record, hereby stipulate as follows:

     WHEREAS, Plaintiff filed a Request for Entry of Default on July 28, 2010;

     WHEREAS, Defendants filed a Motion to Set Aside Default on August 2, 2010, which was

noticed to be heard on September 21, 2010;

     WHEREAS, the Clerk entered default on August 2, 2010;

1    WHEREAS, the Court has previously granted the Parties' requested stipulation to continue

2  the hearing on Defendants' Motion to Set Aside Default and case management conference on

3  August 9, 2010 (Docket #18) and again on August 25, 2010 (Docket #20);

4    WHEREAS, the Court's August 25, 2010 Order (Docket #20) sets forth a number of

5  scheduling, hearing, and case management deadlines, as follows: (1) Plaintiff's Opposition to

6  Motion to Set Aside Default is due on September 28, 2010; (2) Defendants' Reply to Motion to Set

7  Aside Default is due on October 7, 2010; (3) Parties to file Joint Case Management Conference

8  Statement by October 26, 2010; and (4) the hearing on Defendants' Motion to Set Aside Default

9  and Case Management Conference was set for November 2, 2010.

10    WHEREAS, the Parties have agreed to the essential terms of a settlement and request an

11  additional 28 days to finalize the settlement.

12    IT IS HEREBY STIPULATED AS FOLLOWS:

13    In light of the Parties' impending settlement and the upcoming briefing deadlines and

14  hearing dates associated with Defendants' Motion to Set Aside Default and Case Management

15  Conference, the Parties believe it is in their best interests and in the interest of judicial economy to

16  continue all upcoming motion and case management deadlines as follows:  (1) Plaintiff's

17  Opposition to Motion to Set Aside Default is due on October 26, 2010; (2) Defendants' Reply to

18  Motion to Set Aside Default is due on November 4, 2010; (3) Parties to file Joint Case

19  Management Conference Statement by November 23, 2010; and (4) the hearing on Defendants'

20  Motion to Set Aside Default and Case Management Conference shall be scheduled for November

21  30, 2010. The hearing and case management conference scheduled for November 2, 2010 shall be

22  VACATED, provided the Court approves this Stipulation.

23    SO STIPULATED.

24  Dated:  September 27, 2010        CARLTON DiSANTE & FREUDENBERGER LLP

25

26                By:  /S/ Alison L. Tsao
                        Alison L. Tsao
27                Attorneys for Defendants
                  WESTERN METAL DECORATING CO. COIL DIVISION
28                and WESTERN METAL DECORATING CO.
                  CUCAMONGA DIVISION

395320.1

1       I attest that I have obtained Mr. Schwartz's concurrence in the filing of this Stipulation.

2 Dated:  September 27, 2010       TRUCKER HUSS LLP

3

4               By:  /S/ Robert Schwartz
                       Robert Schwartz

5               Attorneys for Plaintiff
              BOARD OF TRUSTEES OF THE WESTERN

6               INDEPENDENT SHOPS PENSION TRUST

7                       ORDER

8       For good cause, the Court vacates all case management deadlines/obligations of the Parties

9 and continues the Case Management Conference such that both matters will be heard on November

10 30, 2010.

11

12       IT IS SO ORDERED.

13

14 Date: September 28, 2010

15                        United States Magistrate Judge
                       Judge Elizabeth D. Laporte

16

17

18

19

20

21

22

23

24

25

26

27

28

2