Robert F. Schwartz, SBN 227327
rschwartz@truckerhuss.com
Michelle L. Schuller, SBN 255787
mschuller@truckerhuss.com
TRUCKER ✦ HUSS
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104
Telephone: (415) 788-3111
Facsimile: (415) 421-2017

Attorneys for Plaintiff,
Board of Trustees of the Western
Independent Shops Pension Trust

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE WESTERN INDEPENDENT SHOPS PENSION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>WESTERN METAL DECORATING CO. COIL DIVISION; WESTERN METAL DECORATING CO. CUCAMONGA DIVISION,<br><br>Defendants. | Case No. C 10-02003 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO SET ASIDE DEFAULT AND TO CONTINUE HEARING AND CASE MANAGEMENT DEADLINES** |

Plaintiff BOARD OF TRUSTEES OF THE WESTERN INDEPENDENT SHOPS PENSION TRUST and Defendant WESTERN METAL DECORATING CO. COIL DIVISION and Defendant WESTERN METAL DECORATING CO. CUCAMONGA DIVISION (collectively, "Defendants") stipulate, by and through their respective counsel, to continue the dates by which (1) Plaintiff is required to file its opposition brief to Defendants' Motion to Set Aside Default, which is currently due on or before October 26, 2010; (2) Defendants are required to file their reply brief to Plaintiff's opposition, which is currently due on or before November 4, 2010; (3) the parties must file a Joint Case Management Conference Statement, which is currently due on or before by November 23, 2010; and (4) the parties must attend a hearing on Defendants'

Motion to Set Aside Default and the case management conference, which are both currently scheduled for November 30, 2010. All of the current deadlines for these case management dates were set by the Court's September 27, 2010 Order (Docket #22).

The parties have been diligently pursuing settlement and have made considerable progress toward that end. The parties believe that an additional extension will allow them to determine finally whether settlement is achievable at this juncture. The parties therefore agree and respectfully request that each of the above referenced deadlines be continued for between twenty-one and twenty-eight (28) days to allow the parties to continue to engage in good faith settlement negotiations to achieve early resolution of this action.

Therefore, in the interests of efficiency, cost effectiveness and judicial economy, the parties agree that, if a settlement cannot be reached, each of the above referenced actions shall be rescheduled to the following dates: (1) the Plaintiff shall file its opposition brief to Defendants' Motion to Set Aside Default no later than November 23, 2010; (2) the Defendant shall file a reply brief to Plaintiff's opposition no later than December 7, 2010; (3) parties to file a Joint Case Management Conference Statement by December 14, 2010; and (4) the hearing on Defendants' Motion to Set Aside Default and the case management conference shall be scheduled for December 21, 2010. The hearing and case management conference scheduled for November 30, 2010 shall be taken off the calendar, provided the Court approves this stipulation.

The parties have made three previous modifications to the case through (1) the August 6, 2010 Stipulation to Continue Case Management Conference (Docket #15); (2) the August 24, 2010 Stipulation For Extension of Time to Respond to Defendants' Motion to Set Aside Default and to Continue Hearing and Case Management Deadlines (Docket #19); and (3) the September 27, 2010 Stipulation For Extension of Time For Plaintiff to Respond to Defendants' Motion to Set Aside Default and to Continue Hearing and Case Management (Docket #21).

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO SET ASIDE DEFAULT AND TO CONTINUE HEARING AND CASE MANAGEMENT DEADLINES; Case No. C 10-02003 EDL
#1118161

2

The parties' current request for a continuance will not alter any other dates or deadlines set by Court order.

DATED: October 19, 2010

        TRUCKER ✦ HUSS

        By: /s/Robert F. Schwartz
        Robert F. Schwartz
        Attorneys for Plaintiff
        BOARD OF TRUSTEES OF THE WESTERN
        INDEPENDENT SHOPS PENSION TRUST

DATED: October 19, 2010

        Carlton DiSante & Freudenberger LLP

        By: /s/ Alison L. Tsao
        Alison L. Tsao
        Attorneys for Defendants
        WESTERN METAL DECORATING CO. COIL
        DIVISION and WESTERN METAL
        DECORATING CO. CUCAMONGA DIVISION

I attest that I have obtained Ms. Tsao's concurrence in the filing of this document.

DATED: October 19, 2010

        /s/Robert F. Schwartz
        Robert F. Schwartz

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: October 19, 2010

        _Elizabeth D. Laporte_
        Honorable Elizabeth Laporte, Magistrate Judge
        United States District Court, District of Northern
        California

Trucker ✦ Huss
A Professional Corporation
100 Montgomery Street, 23rd Floor
San Francisco, California 94104

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION TO SET ASIDE DEFAULT AND TO CONTINUE HEARING AND CASE MANAGEMENT DEADLINES; Case No. C 10-02003 EDL    3

#1118161